IN THE UNTIED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
COLUMBIA DIVISION

| | | |
|---|---|---|
| KAREN DICKENS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | No. 1:15-cv-00045 |
| v. | ) | Senior Judge Haynes |
| | ) | |
| RICHARD TURNER, and | ) | |
| CITY OF LEWISBURG, TENNESSEE, | ) | |
| | ) | |
| Defendants. | ) | |

**O R D E R**

Before the Court is the parties' joint stipulation of dismissal with prejudice. (Docket Entry No. 26). Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiff's claims against Defendant City of Lewisburg, Tennessee are **DISMISSED with prejudice**. Each party is to bear its own attorneys' fees and discretionary costs incurred in the litigation.

This is the Final Order in this action.

It is so **ORDERED.**

**ENTERED** this the 1st day of June, 2016.

TODD J. CAMPBELL
United States District Judge